

February 8, 2023

**VIA ECF**

The Honorable Michael H. Simon
Mark O. Hatfield United States Courthouse, Rm. 1527
1000 SW Third Avenue
Portland, Oregon 97204-2944

**Orrick, Herrington & Sutcliffe LLP**
1120 NW Couch Street
Suite 200
Portland, OR 97209-4163

+1 503 943 4800

**orrick.com**

**Kathryn G. Mantoan**

E  kmantoan@orrick.com
D  +1 415 773 5887
F  +1 503 943 4801

Re: *Element Materials Technology Food US LLC, et al. v. Nidal Kahl, et al.*
D. Or. Case No. 3:19-CV-01491-SI
Written Request to Unseal Pursuant to Stipulated Protective Order

Dear Judge Simon:

Plaintiffs Element Materials Technology US LLC ("Element") and Exova, Inc. ("Exova") (collectively, "Plaintiffs") have filed the following documents under seal, pursuant to confidentiality designations made by counsel for Defendants:

- Plaintiffs' Lay Witness List (ECF No. 75)

- Plaintiffs' Expert Witness List (ECF No. 76)

- Plaintiffs' Trial Brief (ECF No. 79)

Plaintiffs do not believe that the documents contain information that is properly considered confidential under the Stipulated Protective Order ("SPO") (ECF No. 23), and waive any prior confidentiality designations they may have made in connection with any of the material quoted or otherwise disclosed in these filings.

Pursuant to SPO ¶ 4, Plaintiffs request that the documents be unsealed in their entirety unless the Court determines, after receiving a motion filed by Defendants within ten (10) calendar days of this letter in accordance with the SPO, that there is good cause for some or all of the documents, or portions thereof, to remain under seal.

Respectfully submitted,

*/s/ Kathryn G. Mantoan*

Kathryn G. Mantoan

cc:    Counsel for Defendants (via ECF)