**Kathryn G. Mantoan, OSB No. 174044**
kmantoan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1120 NW Couch Street, Suite 200
Portland, OR 97209-4128
Telephone: 503.943.4800
Facsimile: 503.943.4801

**Andrew R. Livingston (admitted pro hac vice)**
alivingston@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: 415.773.5700
Facsimile: 415.773.5759

Attorneys for Plaintiffs
Element Materials Technology Food US LLC and Exova, Inc.

(additional counsel on following page)

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(Portland Division)

| | |
|---|---|
| ELEMENT MATERIALS TECHNOLOGY FOOD US LLC, a limited liability company, and EXOVA, INC., a corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NIDAL KAHL, an individual, and BIOGEN LABORATORY DEVELOPMENTS, LLC, a limited liability company,<br><br>Defendants. | Civil No. 3:19-cv-01491-SI<br><br>**JOINT NEUTRAL STATEMENT OF THE CASE** |

**Frank N. Zalom** (admitted pro hac vice)
fzalom@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall
Sacramento, CA 95814-4497
Telephone: 916.447.9200
Facsimile: 916.329.4900

Attorneys for Plaintiffs
Element Materials Technology Food US LLC and Exova, Inc.

**Steven M. Wilker**, OSB No. 911882
  Direct Dial: 503.802.2040
  Email: steven.wilker@tonkon.com
**William T. Gent**, OSB No. 165254
  Direct Dial: 503.802.5767
  Email: will.gent@tonkon.com
TONKON TORP LLP
888 SW Fifth Avenue, Suite 1600
Portland, OR 97204

Attorneys for Defendants Nidal Kahl and
Biogen Laboratory Developments, LLC

In accordance with Section V(D) of the Court's Civil Trial Management Order dated November 18, 2022, Plaintiffs Element Materials Technology Food US LLC ("Element") and Exova, Inc. ("Exova") (collectively, "Plaintiffs") and Defendants Nidal Kahl and Biogen Laboratory Developments, LLC ("Biogen") (collectively, "Defendants") submit the following Joint Neutral Statement of the Case.

## STATEMENT OF THE CASE

To help you follow the evidence, I will give you a brief summary of the parties and their positions:

The Plaintiffs in this case are Element Materials Technology Food US LLC (who the parties refer to as "Element") and Exova, Inc. (who the parties refer to as "Exova"). Plaintiffs owned and operated the Portland Food Lab, a food testing laboratory located in Portland, Oregon. The Defendants in this case are Nidal Kahl and Biogen Laboratory Developments, LLC (who the parties refer to as "Biogen"). Mr. Kahl is the owner and director of Biogen, a company that offers food testing, research, and consulting. Mr. Kahl was also the General Manager of the Portland Food Lab from 2005 to December 31, 2018.

Plaintiffs assert claims against Mr. Kahl for breach of the duty of loyalty; fraudulent misrepresentation; breach of contract; and breach of the implied covenant of good faith and fair dealing. Plaintiffs assert a claim against Biogen for intentional interference with economic relations. Plaintiffs' claims are based on what they believe were improper actions by Mr. Kahl in connection with Biogen during his employment with Plaintiffs.

Mr. Kahl asserts counterclaims against Plaintiffs for breach of contract and penalty wages. Biogen asserts a counterclaim against Element for intentional interference with economic relations. Defendants' claims are based on what they believe were improper actions by Element following the end of Mr. Kahl's employment with Plaintiffs, as well as amounts owed to Mr. Kahl by Plaintiffs as of the end of his employment with Plaintiffs.

//

//

Each party denies all claims made against them, and the parties have asserted various defenses to those claims as well.

Respectfully submitted,

DATED this 16th day of March, 2023.

ORRICK HERRINGTON & SUTCLIFFE LLP

*/s/ Kathryn G. Mantoan*
KATHRYN G. MANTOAN, OSB No. 174044
kmantoan@orrick.com
Telephone: 503.943.4800
Attorneys for Plaintiffs

TONKON TORP LLP

*/s/ Steven M. Wilker*
STEVEN M. WILKER, OSB No. 911882
steven.wilker@tonkon.com
Telephone: 503.802.2040
WILLIAM T. GENT, OSB No. 165254
will.gent@tonkon.com
Telephone: 503.802.5767
Attorneys for Defendants