IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **ELEMENT MATERIALS TECHNOLOGY FOOD US LLC and EXOVA, INC.**,<br><br>      Plaintiffs,<br><br>      v.<br><br>**NIDAL KAHL and BIOGEN LABORATORY DEVELOPMENTS, LLC**,<br><br>      Defendants. | Case No. 3:19-cv-1491-SI<br><br>**JUDGMENT** |

**Michael H. Simon, District Judge.**

This action was tried before a jury, from November 6, 2023, to November 17, 2023, with U.S. District Judge Michael H. Simon presiding. The jury has rendered a Verdict. ECF 187 (unredacted); ECF 188 (name of presiding juror redacted). Based on the Jury's Verdict,

    **IT IS HEREBY ORDERED AND ADJUDGED THAT:**

        (1)    Judgment is entered in favor of Plaintiffs Element Materials Technology Food US LLC and Exova, Inc., jointly, against Defendant Nidal Kahl in the amount of one hundred fifty thousand dollars ($150,000.00);

PAGE 1 – JUDGMENT

(2) Judgment also is entered in favor of Plaintiffs Element Materials Technology Food US LLC and Exova, Inc., jointly, against Defendant Biogen Laboratory Developments, LLC in the amount of sixty-seven thousand five hundred dollars ($67,500.00);

(3) Judgment also is entered in favor of Defendant Nidal Kahl against Plaintiffs Element Materials Technology Food US LLC and Exova, Inc., jointly and severally, in the amount of twenty-five thousand dollars ($25,000.00);

(4) Each judgment creditor shall also recover against each applicable judgment debtor simple interest at the annual rate of 5.35 percent from the date of this Judgment until paid in full; and

(5) Not later than December 6, 2023, any party may move to amend this Judgment to include prejudgment interest, with responses due December 20, 2023, and replies due January 3, 2024.

**IT IS SO ORDERED**.

DATED this 21st day of November, 2023.

*/s/ Michael H. Simon*
Michael H. Simon
United States District Judge

PAGE 2 – JUDGMENT