IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **ELEMENT MATERIALS TECHNOLOGY FOOD US LLC and EXOVA, INC.**,<br><br>      Plaintiffs,<br><br>      v.<br><br>**NIDAL KAHL and BIOGEN LABORATORY DEVELOPMENTS, LLC**,<br><br>      Defendants. | Case No. 3:19-cv-1491-SI<br><br>**AMENDED JUDGMENT** |

**Michael H. Simon, District Judge.**

      This action was tried before a jury from November 6, 2023, to November 17, 2023, with U.S. District Judge Michael H. Simon presiding. The jury deliberated and rendered its Verdict. ECF 187 (unredacted); ECF 188 (name of presiding juror redacted). Based on the jury's Verdict, the Court entered Judgment on November 21, 2023. ECF 191.

      All parties subsequently moved to amend the Judgment to include prejudgment interest on damages awarded by the jury. ECF 192 (Plaintiffs' motion for prejudgment interest on damages awarded to Plaintiffs); ECF 193 (Defendants' unopposed motion for prejudgment interest on damages awarded to Defendants). The Court ruled on the parties' motions, and

PAGE 1 – JUDGMENT

awarded to Defendant Nidal Kahl prejudgment interest on damages awarded by the jury for his claim for breach of contract. ECF 196.

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

(1) Judgment is entered in favor of Plaintiffs Element Materials Technology Food US LLC and Exova, Inc., jointly, against Defendant Nidal Kahl in the amount of one hundred fifty thousand dollars ($150,000.00);

(2) Judgment also is entered in favor of Plaintiffs Element Materials Technology Food US LLC and Exova, Inc., jointly, against Defendant Biogen Laboratory Developments, LLC in the amount of sixty-seven thousand five hundred dollars ($67,500.00);

(3) Judgment also is entered in favor of Defendant Nidal Kahl against Plaintiffs Element Materials Technology Food US LLC and Exova, Inc., jointly and severally, in the amount of twenty-five thousand dollars ($25,000.00);

(4) Each judgment creditor shall also recover against each applicable judgment debtor simple interest at the annual rate of 5.35 percent from November 21, 2023 until paid in full; and

(5) Defendant Nidal Kahl shall also recover against Plaintiffs Element Materials Technology Foods US LLC and Exova, Inc., jointly and severally, simple interest at the annual rate of 9 percent from January 14, 2019 to November 21, 2023 in the amount of ten thousand nine hundred twenty-three dollars and twenty-nine cents ($10,923.29).

**IT IS SO ORDERED**.

DATED this 25th day of January, 2024.

*/s/ Michael H. Simon*
Michael H. Simon
United States District Judge

PAGE 2 – JUDGMENT